UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE PRICE,

       Plaintiff,                            No. 17-13011

v.                                        District Judge Judith E. Levy
                                              Magistrate Judge R. Steven Whalen

MILMAR FOOD GROUP, LLC,

       Defendant.
_____/

## ORDER

Plaintiff Tyrone a *pro se* litigant, has filed a motion for appointment of counsel [Doc. #18].

Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases. Rather, the Court requests members of the bar to assist in appropriate cases. In *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993), the Sixth Circuit noted that "[a]ppointment of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances." (Internal quotations and citations omitted).

It is the practice of this Court to defer any attempt to obtain counsel for *pro se* civil rights Plaintiffs until after motions to dismiss or motions for summary judgment have been denied. I have filed a Report and Recommendation that Defendant's motion to dismiss be granted; at this point, Plaintiff's request for counsel is premature. If his claims ultimately survive dispositive motions, he may renew his motion for appointment of counsel at that time.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for appointment of counsel [Docket #18] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**


Dated: July 16, 2018         s/R. Steven Whalen
                             R. STEVEN WHALEN
                             UNITED STATES MAGISTRATE JUDGE

---

### CERTIFICATE OF SERVICE

I hereby certify on July 16, 2018 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on July 16, 2018.

                             s/Carolyn M. Ciesla
                             Case Manager for the
                             Honorable R. Steven Whalen